# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| QC MANAGEMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-211 |
| | ) | |
| EGREEN TRANSPORT | ) | |
| CORPORATION, and YI HSUAN | ) | |
| WU a/k/a ANNIE WU, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed a motion seeking an informal discovery dispute conference, doc. 35, and the Court held the conference with parties on May 29, 2025, doc. 38. The conference led to the following directions to the parties. By June 4, 2025, Egreen Transport Corporation ("Egreen") shall provide Plaintiff's counsel with the following information: the full name of its 30(b)(6) designee, the designee's role or association with Egreen, and, if necessary, the precise dialect of the Chinese language that he or she speaks. Egreen's 30(b)(6) designee shall appear for deposition by remote means on June 13, 2025 at 10:00 a.m. EDT or any other time that is mutually agreeable to the parties. Plaintiff's 30(b)(6) designees

shall appear for deposition on June 16, 2025 by remote means at 10:00 a.m. EDT or any other time that is mutually agreeable to the parties.

**SO ORDERED**, this 30th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA