# United States District Court
## *Southern District of Georgia*

QC Management, LLC
_____
Plaintiff

Case No. 4:24-cv-00211

v.

EGreen Transport Corp. and Yi Hsuan Wu a/k/a Annie Wu
_____
Defendant

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  13th  day of    June   ,  2025  .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Dariush G. Adli

Business Address:  ADLI Law Group, P.C.
                   Firm/Business Name

520 S. Grand Ave.
Street Address

Suite 695          Los Angeles     CA      90071
Street Address (con't)   City      State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2    City           State   Zip

213-623-6546                       N/A
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:  adli@adlilaw.com